IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ENCORE SERIES Inc. d/b/a THE PHILLY POPS | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 2:23-cv-01421 |
| | : | |
| THE PHILADELPHIA ORCHESTRA and THE PHILADELPHIA ORCHESTRA AND KIMMEL CENTER, INC. | : : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 22nd day of June, 2023, upon consideration of Plaintiff's Motion for Limited Preliminary Injunctive Relief (ECF No. 7), Defendants' Response (ECF No. 19), and the status conference held earlier today, it is hereby **ORDERED** as follows:

Plaintiff's Motion for Limited Preliminary Injunctive Relief requesting Defendant to cease and desist from utilizing the Philly POPs' patron data is **GRANTED BY AGREEMENT OF THE PARTIES**. Defendants agree not to access or use the patron data.

BY THE COURT:

_____
Hon. Mia Roberts Perez