## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENCORE SERIES Inc. d/b/a<br>THE PHILLY POPS,<br><br>    *Plaintiff*,<br><br>        v.<br><br>THE PHILADELPHIA ORCHESTRA and<br>THE PHILADELPHIA ORCHESTRA AND<br>KIMMEL CENTER, INC.,<br><br>    *Defendants and*<br>    *Counterclaim Plaintiffs*,<br><br>*and*<br><br>KIMMEL CENTER, INC. and TICKET<br>PHILADELPHIA,<br><br>    *Counterclaim Plaintiffs.* | Civil Case No. 23-cv-01421-MRP<br><br>Hon. Mia Roberts Perez |

### ORDER GRANTING DEFENDANTS' AND COUNTERCLAIM PLAINTIFFS' MOTION

AND NOW, this 27th day of July, 2023, upon consideration of the Motion of Defendants and Counterclaim Plaintiffs for Leave to File Portions of Its Answer with Affirmative Defenses and Counterclaims and Certain Exhibits in Support Thereof Under Seal (ECF # 17) it is hereby **ORDERED** that the Motion is **GRANTED.**

The Clerk of Court is directed to file the designated portions of the Answer with Affirmative Defenses and Counterclaims under seal, as proposed by Defendants and Counterclaim Plaintiffs. The Clerk of the Court is further directed to file the designated portions of Exhibits A-C, E-F, H-J, L, and U filed in support of the Answer with Affirmative Defenses and Counterclaims under seal, as proposed by Defendants and Counterclaim Plaintiffs.

BY THE COURT:

_____

Hon. Mia R. Perez