### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ENCORE SERIES Inc. d/b/a** | | |
| **THE PHILLY POPS** | **:** | **CIVIL ACTION** |
| **Plaintiff** | **:** | |
| v. | **:** | **NO. 2:23-cv-01421** |
| | **:** | |
| **THE PHILADELPHIA ORCHESTRA** | **:** | |
| **and THE PHILADELPHIA** | **:** | |
| **ORCHESTRA AND KIMMEL** | **:** | |
| **CENTER, INC.** | **:** | |
| **Defendants** | **:** | |

## ORDER

**AND NOW**, this 27ᵗʰ day of July, 2023, upon consideration of Plaintiff's Motion for

Limited Preliminary Injunctive Relief (ECF. No. 7), Defendants' opposition thereto, and the

evidence presented at the preliminary injunction hearing held on July 26, 2023, it is hereby

**ORDERED** that Plaintiff's Motion is **DENIED**. This Court put findings of fact and conclusions

of law on the record at the conclusion of the evidentiary hearing.

BY THE COURT:

_____
Hon. Mia Roberts Perez