

100 Deerfield Lane, Suite 240 • Malvern, PA 19355
P: (484) 328-8500 • F: (484) 713-5241

**Direct Dial:** (484) 328-8512
**Email:** wdestefano@saxtonstump.com

January 31, 2024

*Via ECF*

The Honorable Mia Roberts Perez
United States District Court for the
Eastern District of Pennsylvania
United States Courthouse, Room 6614
601 Market Street
Philadelphia, PA 19106

      Re:    *Encore Series, Inc d/b/a Philly POPS v. Philadelphia Orchestra, et al.*
               **Civil Action 2:23-cv-01421**

Dear Judge Perez:

      Pursuant to this Court's prior Orders in the above-referenced civil action, Plaintiff has consulted with counsel for the Defendants in advance of submitting this report. The parties respectfully request until on or before March 1, 2024 to submit a status report on replacement counsel. No further extensions of time will be requested by Plaintiff in order to report on the status of replacement counsel.

Respectfully,

*/s/ William A. DeStefano*

WILLIAM A. DeSTEFANO
Senior Counsel

/WAD

cc:      All counsel of record (via ECF)